UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80774-MIDDLEBROOKS/BRANNON

MIGUEL CHANG,

    Plaintiff,

v.

YOKOHAMA SUSHI INC.,

    Defendant.
_____/

## ORDER REJECTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal Without Prejudice ("Stipulation"), filed September 5, 2017. (DE 22). Plaintiff initiated this action on June 27, 2017, alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). The Parties now seek a dismissal of this case advising the Court that they wish to continue settlement discussions "without the pressure of court deadlines and scheduled events." (DE 22).

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). Here, the Parties have not submitted a settlement agreement for this Court to review. Consequently, this Court cannot be satisfied that any settlement between the Parties is fair and reasonable. Accordingly, this Court will not dismiss this case. If the Parties agree to any settlement, bargain, or other compromise resolving the Plaintiff's FLSA claim, a copy of the

agreement must either be presented to the Secretary of Labor or scrutinized by this Court for fairness. *Lynn's Food Stores*, 679 F.2d at 1352–53. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Stipulation (DE 22) is **NOT APPROVED.** This case will proceed to trial unless the Parties submit a settlement agreement that this Court finds fair and reasonable.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 25 day of October, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record

2